IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALIGN TECHNOLOGY, INC.

        Plaintiff,                       No. MISC. S-06-00080 GEB EFB

  vs.

ROSS J. MILLER, et al.,

        Defendants.                <u>ORDER</u>

_____/

       On August 10, 2006, plaintiff Align Technology, Inc. filed a Motion to File Confidential Exhibits Under Seal in the above-referenced action, which arises from the underlying case currently pending in the Northern District of California (Case No. 05-3418 MMC (JL)).  After plaintiff filed that motion, this action was reassigned from retired Judge Peter A. Nowinski to Judge Edmund F. Brennan.

       A stipulated protective order is currently in place in the Northern District with regard to certain confidential material in the underlying case.  (Plaintiff's Motion to File Confidential Exhibits Under Seal, Ex. A).  Plaintiff requests that Exhibits 1, 3-11, 13, and 22-24 to the Supplemental Declaration of Richard E. Elder in Support of Plaintiff Align Technology, Inc.'s Opposition be filed under seal.  The motion is unopposed.  Those exhibits have been marked "Confidential" or "Highly Confidential" pursuant to sections 2.2 and 2.5 of the

1

1  Stipulated Protective Order and contain confidential information.

2        Good cause appearing, Plaintiff's motion is hereby GRANTED.

3        SO ORDERED.

4  DATED: September 6, 2006.

                            EDMUND F. BRENNAN
7  EFB:mb                UNITED STATES MAGISTRATE JUDGE
   Align3418.sealing order