1  DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com
   ROBERT D. TRONNES (S.B. #209835) rtronnes@omm.com
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, CA  94111-3305
4  Telephone:     (415) 984-8700
   Facsimile:     (415) 984-8701
5
   Attorneys for Non-Party
6  Mudassar Rathore
7  MARK E. MCKEEN (S.B. #130950) markmckeen@paulhastings.com
   RICHARD E. ELDER (S.B. #205389) richardelder@paulhastings.com
8  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
9  San Francisco, CA  94105-3441
   Telephone:     (415) 856-7000
10 Facsimile:     (415) 856-7100
11 Attorneys for Plaintiff
   Align Technology, Inc.
12

13

14                **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16                  **SACRAMENTO DIVISION**

17

| | |
|---|---|
| 18 ALIGN TECHNOLOGY, INC., | Misc. Case/Action No. 2:06-mc-00080-GEB-PAN |
| 19                Plaintiff, | |
|                  Counterclaim | [N.D. Cal. Case No. C 05-3418 MMC (JL)] |
| 20              Defendant, and | |
|                  Counterclaimant | **STIPULATION AND ORDER** |
| 21 | **REGARDING NON-PARTY MUDASSAR** |
| | **RATHORE'S MOTION TO QUASH** |
| 22        v. | **SUBPOENA ISSUED BY PLAINTIFF** |
| | **ALIGN TECHNOLOGY, INC. ON** |
| 23 ROSS J. MILLER, an individual, and | **MICROSOFT CORP.** |
| 24 ROSS J. MILLER DDS, A | |
|    PROFESSIONAL DENTAL | Hearing Date:      September 20, 2006 |
| 25 CORPORATION, a corporation | Time:              10:00 a.m. |
| |                   Courtroom:         25 |
| 26                Defendants, | Judge:             Hon. Edmund F. Brennan |
|                  Counterclaimants, | |
| 27               and Counterclaim | |
|                  Defendants. | |

28

1    Whereas, on or about July 14, 2006, plaintiff Align Technology, Inc. ("Align") issued a

2  subpoena to the Custodian of Records, Microsoft Corp. ("Microsoft"), for certain information

3  relating to the e-mail account "mudassarr@hotmail.com" (the "Microsoft Subpoena");

4    Whereas, on July 21, 2006, Non-Party Mudassar Rathore filed a motion to quash the

5  Microsoft Subpoena in this Court; and

6    Whereas the parties met-and-conferred and reached a mutually agreeable resolution of

7  Non-Party Rathore's motion to quash Align's Microsoft Subpoena;

8    It is hereby STIPULATED AND AGREED, by and among the undersigned counsel, that:

9    1.    Non-Party Rathore will withdraw his motion to quash;

10    2.    Non-Party Rathore will consent to Microsoft producing (i) user profile

11  information, (ii) dates, times, and Internet Protocol ("IP") addresses for log-in attempts since

12  January 1, 2004, and (iii) dates, senders, and recipients of e-mail messages sent or received since

13  January 1, 2004, relating to the e-mail account "mudassarr@hotmail.com" directly and only to his

14  counsel, O'Melveny & Myers LLP;

15    3.    Align will instruct Microsoft to produce the information requested by the

16  Microsoft Subpoena directly and only to Non-Party Rathore's counsel, O'Melveny & Myers LLP;

17  and

18  ////

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

Misc. Case/Action No. 2:06-mc-00080-GEB-PAN                     - 1 -                     STIP. AND ORDER REGARDING
RATHORE MOTION TO QUASH

1    4.    Non-Party Rathore will produce to Align non-privileged documents relating in any

2  way to OrthoClear, Inc. and/or the claims and defenses in this action within two (2) days of

3  receipt of the requested information from Microsoft.

4         Dated:  September 19, 2006        ROBERT D. TRONNES
                                            O'MELVENY & MYERS LLP
5
                                            By:    /s/ Robert D. Tronnes
6                                                  Robert D. Tronnes
                                            Attorneys for Non-Party Mudassar Rathore
7
8         Dated:  September 19, 2006        RICHARD E. ELDER
                                            PAUL, HASTINGS, JANOFSKY & WALKER LLP
9
                                            By:    /s/ Richard E. Elder
10                                                 Richard E. Elder
                                            Attorneys for Plaintiff Align Technology, Inc.
11

12  IT IS SO ORDERED.

13        Dated:  September 19, 2006

14                                          _____

15                                            Hon. Edmund F. Brennan
                                            U.S. Magistrate Judge
16

17  SF1:643773.2

18

19

20

21

22

23

24

25

26

27

28